

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00297-CV

**IN THE MATTER OF F.A.S.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01811
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed in this appeal on July 2, 2014. On July 9, 2014, this court notified appellant that the brief was late. On July 21, 2014, this court granted appellant's motion requesting an extension of time to file his brief, extending the deadline to September 2, 2014. This court's order stated no further extensions of time would be granted absent extenuating circumstances. The brief has not been filed. It is therefore ORDERED that appellant's brief be filed in this court no later September 18, 2014. If appellant's brief is not filed by September 18, 2014, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be requested to consider whether sanctions should be imposed against appellant's appointed attorney.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court